IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Jason Wright Petree fdba Cole Park | § | CASE NO. 22-30034 |
|   Properties LLC | § | |
|     Debtor(s) | § | Chapter 7 |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

Now comes PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP and files this its appearance as counsel of record for QUITMAN INDEPENDENT SCHOOL DISTRICT and does state that it is authorized by contract with the claimant to make this appearance on its behalf. Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, Rules 2002 and 9010(b) of the Bankruptcy Rules, and relevant local rules, the claimant respectfully requests that all notices, pleadings, proposed orders, and confirmed copies of orders given or required to be given in these proceedings be directed to counsel at the following address:

> Quitman Independent School District
> Perdue Brandon Fielder Collins & Mott, LLP
> PO Box 2007
> Tyler, TX  75710-2007
> mthomas@pbfcm.com   &   tylbkc@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with

respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

            Respectfully Submitted,

            **PERDUE BRANDON FIELDER COLLINS & MOTT, LLP**
            Attorneys for Claimant/s

            By: /s/ Meme L. Thomas
              MEME L. THOMAS
              SBN: 24088440
              PO Box 2007
              Tyler, TX 75710-2007
              (903) 597-7664 FAX (903) 597-6298
              mthomas@pbfcm.com & tylbkc@pbfcm.com

## *CERTIFICATE OF SERVICE*

I do hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below by the method indicated on this the 14th day of January, 2022.

            By: /s/ Meme L. Thomas
              MEME L. THOMAS
              SBN: 24088440

BY FIRST-CLASS MAIL
Debtor/s: Jason Wright Petree, 4202 Normandy Ave, Dallas, TX 75205

BY ELECTRONIC SERVICE
Attorney for Debtor/s: Christopher Marvin Lee, Lee Law Firm, PLLC, 8701 Bedford Euless
   Road Suite 510, Hurst, TX 76053 EMAIL: ecf@leebankruptcy.com
Trustee: Robert Yaquinto, Jr., 509 N. Montclair, Dallas, TX 75208
   EMAIL: ryaquinto@syllp.com
U.S. Trustee**:** United States Trustee, 1100 Commerce Street Room 976, Dallas, TX 75202
   EMAIL: ustpregion06.da.ecf@usdoj.gov
And to all other parties accepting electronic service through CM/ECF.